# Court of Appeals
# of the State of Georgia

ATLANTA,___August 28, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A2343. DONNA MCDANIELS v. DILLARDS DISTR CTR.**

Donna McDaniels appealed directly to this Court from a superior court order affirming a decision of the Georgia Department of Labor denying her request for unemployment compensation benefits. But under OCGA § 5-6-35 (a) (1), a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). McDaniels's failure to follow the appropriate appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _08/28/2014_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*